SELIG, ADMR., ETC. V. AKRON HYDRAULIC PRESSED BRICK CO.

TIME FOR PETITION IN ERROR RUNS FROM JUDGMENT.

> The four months time for filing a petition in error begins to run from the date of the judgment, not from the date of the overruling of a motion for a new trial.

ERROR to the Court of Common Pleas of Cuyahoga county.

CALDWELL, J.

The case of George W. Selig, administrator, against the Akron Hydraulic Pressed Brick Company, is here on motion to strike off the petition in error, which is granted. It was filed more than five months after the judgment.

Attorneys keep forgetting all the time that it is four months after judgment; they keep thinking it is four months after a new trial is refused.

*S. H. Holding* and *Fred F. Klingman,* for plaintiff in error.

*Wilcox & Friend,* for defendant in error.